**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HINES, GARY CHARLES § | Case No. 09-73286 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    211 South Court
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/17/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated : 09/14/2011     By: /s/JOSEPH D. OLSEN
                                                               Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: HINES, GARY CHARLES § Case No. 09-73286
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 72,636.84 |
| *and approved disbursements of* | $ 4,026.01 |
| *leaving a balance on hand of* [1] | $ 68,610.83 |
| **Balance on hand:** | $ 68,610.83 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 68,610.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 6,881.84 | 0.00 | 6,881.84 |
| Trustee, Expenses - JOSEPH D. OLSEN | 36.56 | 0.00 | 36.56 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,391.50 | 0.00 | 1,391.50 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,569.90 |
| Remaining balance: | $ 60,040.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    60,040.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    60,040.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 179,339.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RBS Citizens | 7,026.41 | 0.00 | 2,352.38 |
| 2 | PYOD LLC its successors and assigns as assignee of | 10,904.59 | 0.00 | 3,650.74 |
| 3 | PYOD LLC its successors and assigns as assignee of | 26,133.64 | 0.00 | 8,749.27 |
| 4 | Chase Bank USA, N.A. | 11,656.02 | 0.00 | 3,902.31 |
| 5 | Chase Bank USA, N.A. | 874.88 | 0.00 | 292.90 |
| 6 | Chase Bank USA, N.A. | 32,164.75 | 0.00 | 10,768.42 |
| 7 | American Express Bank, FSB | 16,294.72 | 0.00 | 5,455.30 |
| 8 | American Express Centurion Bank | 60,296.14 | 0.00 | 20,186.52 |
| 9 | PRA Receivables Management, LLC | 394.10 | 0.00 | 131.94 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | PRA Receivables Management, LLC | 230.25 | 0.00 | 77.09 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 13,363.81 | 0.00 | 4,474.06 |

Total to be paid for timely general unsecured claims:   $    60,040.93
Remaining balance:   $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $    0.00
Remaining balance:   $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:   $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 09-73286-MB
Gary Charles Hines  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3  User: cbachman  Page 1 of 2  Date Rcvd: Sep 20, 2011
    Form ID: pdf006  Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2011.
```
db            +Gary Charles Hines,    42 Braeburn Lane,    Barrington, IL 60010-9619
aty           +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty           +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
tr            +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
14274394       AMERICAN EXPRESS CENTURION BANK,    C/O Zwicker & Associates,    7336 N. Lincoln Ave.,    Suite 404,
                Lincolnwood, IL 60712
14312175      +American Express Bank FSB,    % Becket & Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14884868       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14274395       BANK OF AMERICA,    POB 15726,    WILMINGTON, DE 19886-5726
14274396       CAPITAL ONE BANK,    POB 60024,    CITY OF INDUSTRY, CA 91716-0024
14274397       CHASE,    POB 15153,    WILLMINGTON, DE 19886-5153
14274407     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court: WASHINGTON MUTUAL,    POB 660433,    DALLAS, TX 75266-0433)
14274399       CHASE CARD SERVICES,    POB 15153,    WILMINGTON, DE 19886-5153
14274400       CITI,    POB 688911,    DES MOINES, IA 50368-8911
14274401       CITI,    POB 688904,    DES MOINES, IA 50368-8904
14839646       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14274403       HSBC,    POB 17051,    BALTIMORE, MD 21297-1051
14274402       HSBC,    POB 17574,    BALTIMORE, MD 21297-1574
14478652       Honda Financial Services,    National Bankruptcy Center,    OB 168088,    Irving, TX 75016
14274392      +KATHRYN HINES,    42 BRAEBURN LN.,    BARRINGTON, IL 60010-9619
14274393      +KATHRYN L. HINES,    42 BRAEBURN LN.,    BARRINGTON IL 60010-9619
14913807      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Orchard Bank,
                POB 41067,    NORFOLK VA 23541-1067
14912959      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o S&h Greenpoints,
                POB 41067,    NORFOLK VA 23541-1067
14274404       RBS,    POB 18204,    BRIDGEPORT, CT 06601-3204
14812352      +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
14274405      +UNION NATIONAL BANK OF ELGIN,    101 E. CHICAGO STREET,    ELGIN, IL 60120-6466
14274406      +WASHINGTON MUTUAL,    POB 1090,    NORTHRIDGE, CA 91328-1090
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15090205       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2011 03:47:09
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
14813790      +E-mail/Text: resurgentbknotifications@resurgent.com Sep 21 2011 03:00:41
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 2
```

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
14881081*      American Express Bank, FSB,    % Becket & Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14274398*      CHASE,    POB 15153,    WILLMINGTON, DE 19886-5153
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3           User: cbachman            Page 2 of 2              Date Rcvd: Sep 20, 2011
                               Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**    **Signature:** /s/ Joseph Speetjens