# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: HINES, GARY CHARLES | § Case No. 09-73286 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $6,091.00 | Assets Exempt:  $6,091.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $60,040.93 | Claims Discharged Without Payment: $222,213.24 |
| Total Expenses of Administration: $12,595.91 | |

3) Total gross receipts of $    72,636.84    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00       (see **Exhibit 2** ), yielded net receipts of $72,636.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $223,982.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,595.91 | 12,595.91 | 12,595.91 |
|   PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 32,226.99 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 163,211.00 | 179,339.31 | 179,339.31 | 60,040.93 |
| **TOTAL DISBURSEMENTS** | $387,193.00 | $224,162.21 | $191,935.22 | $72,636.84 |

4)  This case was originally filed under Chapter 7 on August 04, 2009. The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/19/2011_____    By: _/s/JOSEPH D. OLSEN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Hines & Assoc./shares of stock | 1129-000 | 65,625.87 |
| Avoidable transfer | 1229-000 | 7,000.00 |
| Interest Income | 1270-000 | 10.97 |
| **TOTAL GROSS RECEIPTS** | | **$72,636.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | UNION NATIONAL BANK OF ELGIN | 4110-000 | 223,982.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$223,982.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 6,881.84 | 6,881.84 | 6,881.84 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 36.56 | 36.56 | 36.56 |
| United States Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Yalden, Olsen & Willette | 3110-000 | N/A | 1,391.50 | 1,391.50 | 1,391.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 16.19 | 16.19 | 16.19 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 20.69 | 20.69 | 20.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 139.23 | 139.23 | 139.23 |
| Scott Hillison | 3210-000 | N/A | 3,781.71 | 3,781.71 | 3,781.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.19 | 68.19 | 68.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 12,595.91 | 12,595.91 | 12,595.91 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | KATHRYN L. HINES | 5800-000 | N/A | 32,226.99 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 32,226.99 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RBS Citizens | 7100-000 | N/A | 7,026.41 | 7,026.41 | 2,352.38 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 10,904.59 | 10,904.59 | 3,650.74 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 26,133.64 | 26,133.64 | 8,749.27 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 11,656.02 | 11,656.02 | 3,902.31 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 874.88 | 874.88 | 292.90 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 32,164.75 | 32,164.75 | 10,768.42 |
| 7 | American Express Bank, FSB | 7100-000 | N/A | 16,294.72 | 16,294.72 | 5,455.30 |
| 8 | American Express Centurion Bank | 7100-000 | 60,296.14 | 60,296.14 | 60,296.14 | 20,186.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | PRA Receivables Management, LLC | 7100-000 | N/A | 394.10 | 394.10 | 131.94 |
| 10 | PRA Receivables Management, LLC | 7100-000 | N/A | 230.25 | 230.25 | 77.09 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 13,363.81 | 13,363.81 | 4,474.06 |
| NOTFILED | CITI | 7100-000 | 10,350.72 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 11,086.47 | N/A | N/A | 0.00 |
| NOTFILED | CHASE CARD SERVICES | 7100-000 | 773.64 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 30,593.09 | N/A | N/A | 0.00 |
| NOTFILED | CITI | 7100-000 | 23,657.39 | N/A | N/A | 0.00 |
| NOTFILED | RBS | 7100-000 | 6,898.00 | N/A | N/A | 0.00 |
| NOTFILED | WASHINGTON MUTUAL | 7100-000 | 662.94 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 227.29 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 5,036.03 | N/A | N/A | 0.00 |
| NOTFILED | CAPITAL ONE BANK | 7100-000 | 863.01 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 288.91 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 12,477.37 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 163,211.00 | 179,339.31 | 179,339.31 | 60,040.93 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-73286 | **Trustee:** (330400) JOSEPH D. OLSEN | |
| **Case Name:** HINES, GARY CHARLES | **Filed (f) or Converted (c):** 08/04/09 (f) | |
| | **§341(a) Meeting Date:** 09/10/09 | |
| **Period Ending:** 12/19/11 | **Claims Bar Date:** 02/23/10 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | DEBTOR'S CHECKING ACCOUNT, HARRIS BANK | 2,801.00 | 0.00 | DA | 0.00 | FA |
| 2 | DEBTOR'S FURNISHINGS AND HOUSEHOLD | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | DEBTOR'S NECESSARY WEARING APPAREL IN DEBTOR'S P | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | DEBTOR'S 401K ADMINISTERED BY | 2,240.00 | 0.00 | DA | 0.00 | FA |
| 5 | Hines & Assoc./shares of stock | 0.00 | 88,125.87 | | 65,625.87 | FA |
| 6 | Hines - shares of stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Chuck Hines - Barrington, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Avoidable transfer - duplicative entry | Unknown | 0.00 | | 0.00 | FA |
| 9 | Avoidable transfer  (u) | 0.00 | 10,000.00 | | 7,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 10.97 | FA |
| 10 | **Assets**     **Totals** (Excluding unknown values) | **$6,091.00** | **$98,125.87** | | **$72,636.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2010          **Current Projected Date Of Final Report (TFR):** September 14, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-73286 |
| Case Name: | HINES, GARY CHARLES |
| | |
| Taxpayer ID #: | **-***8837 |
| Period Ending: | 12/19/11 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****77-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/09 | {5} | Gary Hines | interest in shares | 1129-000 | 18,125.87 | | 18,125.87 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 18,125.96 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,126.72 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 18,127.43 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 18,128.12 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 18,128.93 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.46 | | 18,129.39 |
| 04/20/10 | | Wire out to BNYM account<br>9200*****7765 | Wire out to BNYM account 9200*****7765 | 9999-000 | -18,129.39 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -18,129.39 | 0.00 | |
| Subtotal | 18,129.39 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $18,129.39 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-73286 |
| Case Name: | HINES, GARY CHARLES |
| | |
| Taxpayer ID #: | **-***8837 |
| Period Ending: | 12/19/11 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******77-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7765 | Wire in from JPMorgan Chase Bank, N.A. account ********7765 | 9999-000 | 18,129.39 | | 18,129.39 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.38 | | 18,129.77 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.08 | | 18,130.85 |
| 06/04/10 | | To Account #9200******7766 | Payment of bond premium | 9999-000 | | 15.03 | 18,115.82 |
| 06/08/10 | | To Account #9200******7766 | balance of bond premium | 9999-000 | | 1.16 | 18,114.66 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.04 | | 18,115.70 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.07 | | 18,116.77 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.08 | | 18,117.85 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 18,117.99 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,118.14 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 18,118.28 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,118.43 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,118.58 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 18,118.71 |
| 03/30/11 | {9} | Kathryn L. Logan, Trustee | Compromise a Controversy | 1229-000 | 7,000.00 | | 25,118.71 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 25,118.86 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 25,119.05 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 25,119.25 |
| 06/01/11 | | To Account #9200******7766 | pay bond premium | 9999-000 | | 20.69 | 25,098.56 |
| 06/06/11 | {5} | Hines & Associates | settlement funds re: shares of stock | 1129-000 | 47,500.00 | | 72,598.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.50 | | 72,599.06 |
| 07/27/11 | | To Account #9200******7766 | Transfer funds to pay Special Counsel's fees (per  Order of 7/25 | 9999-000 | | 3,781.71 | 68,817.35 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.61 | | 68,817.96 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.23 | 68,678.73 |
| 08/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.29 | | 68,679.02 |
| 08/17/11 | | To Account #9200******7766 | Prep. F. Rpt | 9999-000 | | 68,679.02 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 72,636.84 | 72,636.84 | $0.00 |
| Less: Bank Transfers | | 18,129.39 | 72,497.61 |
| Subtotal | | 54,507.45 | 139.23 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $54,507.45 | $139.23 |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-73286 | |
| Case Name: | HINES, GARY CHARLES | |
| | | |
| Taxpayer ID #: | **-***8837 | |
| Period Ending: | 12/19/11 | |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******77-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******7765 | Payment of bond premium | 9999-000 | 15.03 | | 15.03 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73286, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 15.03 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73286, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -15.03 | 15.03 |
| 06/08/10 | | From Account #9200******7765 | balance of bond premium | 9999-000 | 1.16 | | 16.19 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73286, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 16.19 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73286, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -16.19 | 16.19 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73286, Bond Premium #016018067 | 2300-000 | | 16.19 | 0.00 |
| 06/01/11 | | From Account #9200******7765 | pay bond premium | 9999-000 | 20.69 | | 20.69 |
| 06/01/11 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-73286, BOND #016018067 | 2300-000 | | 20.69 | 0.00 |
| 07/27/11 | | From Account #9200******7765 | Transfer funds to pay Special Counsel's fees (per  Order of 7/25 | 9999-000 | 3,781.71 | | 3,781.71 |
| 08/04/11 | 105 | Scott Hillison | Per. Court order 7/25/11 | 3210-000 | | 3,781.71 | 0.00 |
| 08/17/11 | | From Account #9200******7765 | Prep. F. Rpt | 9999-000 | 68,679.02 | | 68,679.02 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.19 | 68,610.83 |
| 10/18/11 | 106 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,391.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,391.50 | 67,219.33 |
| 10/18/11 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $6,881.84, Trustee Compensation;  Reference: | 2100-000 | | 6,881.84 | 60,337.49 |
| 10/18/11 | 108 | JOSEPH D. OLSEN | Dividend paid 100.00% on $36.56, Trustee Expenses;  Reference: | 2200-000 | | 36.56 | 60,300.93 |
| 10/18/11 | 109 | United States Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 60,040.93 |

Subtotals :  $72,497.61    $12,456.68

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-73286 | |
| **Case Name:** | HINES, GARY CHARLES | |
| | | |
| **Taxpayer ID #:** | **-***8837 | |
| **Period Ending:** | 12/19/11 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******77-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/18/11 | 110 | RBS Citizens | Dividend paid  33.47% on $7,026.41; Claim# 1; Filed: $7,026.41; Reference: | | 7100-000 | | 2,352.38 | 57,688.55 |
| 10/18/11 | 111 | American Express Bank, FSB | Dividend paid  33.47% on $16,294.72; Claim# 7; Filed: $16,294.72; Reference: | | 7100-000 | | 5,455.30 | 52,233.25 |
| 10/18/11 | 112 | American Express Centurion Bank | Dividend paid  33.47% on $60,296.14; Claim# 8; Filed: $60,296.14; Reference: | | 7100-000 | | 20,186.52 | 32,046.73 |
| 10/18/11 | 113 | PRA Receivables Management, LLC | Dividend paid  33.47% on $394.10; Claim# 9; Filed: $394.10; Reference: | | 7100-000 | | 131.94 | 31,914.79 |
| 10/18/11 | 114 | PRA Receivables Management, LLC | Dividend paid  33.47% on $230.25; Claim# 10; Filed: $230.25; Reference: | | 7100-000 | | 77.09 | 31,837.70 |
| 10/18/11 | 115 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid  33.47% on $13,363.81; Claim# 12; Filed: $13,363.81; Reference: | | 7100-000 | | 4,474.06 | 27,363.64 |
| 10/18/11 | 116 | Chase Bank USA, N.A. | Combined Check for Claims#4,5,6 | | | | 14,963.63 | 12,400.01 |
| | | | Dividend paid  33.47% on $11,656.02;  Claim# 4; Filed: $11,656.02 | 3,902.31 | 7100-000 | | | 12,400.01 |
| | | | Dividend paid  33.47% on $874.88;  Claim# 5; Filed: $874.88 | 292.90 | 7100-000 | | | 12,400.01 |
| | | | Dividend paid  33.47% on $32,164.75;  Claim# 6; Filed: $32,164.75 | 10,768.42 | 7100-000 | | | 12,400.01 |
| 10/18/11 | 117 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#2,3 | | | | 12,400.01 | 0.00 |
| | | | Dividend paid  33.47% on $10,904.59;  Claim# 2; Filed: $10,904.59 | 3,650.74 | 7100-000 | | | 0.00 |
| | | | Dividend paid  33.47% on $26,133.64;  Claim# 3; Filed: $26,133.64 | 8,749.27 | 7100-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 72,497.61 | 72,497.61 | $0.00 |
| Less: Bank Transfers | 72,497.61 | 0.00 | |
| **Subtotal** | 0.00 | 72,497.61 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $72,497.61 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-73286 |
| Case Name: | HINES, GARY CHARLES |
| | |
| Taxpayer ID #: | **-***8837 |
| Period Ending: | 12/19/11 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******77-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 72,636.84 |
| Net Estate : | $72,636.84 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****77-65 | 18,129.39 | 0.00 | 0.00 |
| MMA # 9200-******77-65 | 54,507.45 | 139.23 | 0.00 |
| Checking # 9200-******77-66 | 0.00 | 72,497.61 | 0.00 |
| | $72,636.84 | $72,636.84 | $0.00 |